AP-76936
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/31/2014 9:30:38 AM
Accepted 12/31/2014 9:42:17 AM
ABEL ACOSTA
CLERK

**APPEAL NO. 76,936**

_____

# IN THE COURT OF CRIMINAL APPEALS

# FOR THE STATE OF TEXAS

_____

**TERENCE TRAMAINE ANDRUS, Appellant**

**Vs.**

**THE STATE OF TEXAS, Appellee.**

_____

**On Appellant's Direct Appeal from the
240th Judicial District Court, of Fort Bend County, Texas
Cause Number 09-DCR-051034.
The Honorable Thomas R. Culver, III, Judge Presiding**

_____

**APPELLANT'S NOTICE OF APPEARANCE FOR ORAL ARGUMENT**

_____

**Cary M. Faden**
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas 77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
Texas Bar No. 06768725
**E-MAIL: caryfaden@aol.com**
Attorney for Appellant

NOW COMES APPELLANT in the above-styled matter, and pursuant to this Court's Order of December 22, 2014, do hereby show the Court the following:

1. Appellant by and through his Attorney On Direct Appeal, CARY M. FADEN, will appear at oral argument, set by the Court for February 5, 2015, at the University of Texas-El Paso Campus, at 9:00 a.m.

2. Time permitting, Appellant will be arguing these points:

**POINT OF ERROR ONE**

THE TRIAL COURT REVERSIBLY ERRED AND ABUSED ITS DISCRETION IN DENYING APPELLANT'S MOTION TO SUPPRESS.

**POINT OF ERROR THREE**

THE TRIAL COURT REVERSIBLY ERRED BY ALLOWING THE STATE TO STRIKE JUROR NUMBER TWO (2) IN VIOLATION OF *BATSON V. KENTUCKY.*

**POINT OF ERROR FOUR**

THE TRIAL COURT REVERSIBLY ERRED BY ALLOWING THE STATE TO STRIKE JUROR NUMBER EIGHTEEN (18) IN VIOLATION OF *BATSON V. KENTUCKY.*

**POINT OF ERROR FIVE**

THE TRIAL COURT REVERSIBLY ERRED BY ALLOWING THE STATE TO STRIKE JUROR NUMBER TWENTY-FIVE (25) IN VIOLATION OF *BATSON V. KENTUCKY.*

**POINT OF ERROR TWELVE**

APPELLANT'S CONTENDS HIS TRIAL COUNSEL WAS

INEFFECTIVE DEPRIVING HIM OF HIS RIGHT TO A FAIR TRIAL AS GUARANTEED BY THE SIXTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

TRIAL COUNSEL'S INVESTIGATION OF A POTENTIAL MITIGATION DEFENSE WAS DEFICIENT; ALTHOUGH A MITIGATION EXPERT WAS RETAINED SAID MITIGATION EXPERT WITHDREW PRIOR TO TRIAL AND NO OTHER WAS RETAINED IN VIOLATION OF THE ABA GUIDELINES, ESSENTIALLY THERE WAS NO INVESTIGATION OF THE MITIGATION ISSUE.

Respectfully submitted,

**/s/CARY M. FADEN**
**Cary M. Faden**
SBN 06768725
Counsel for Appellant
77 Sugar Creek Center Blvd., Suite 230
Sugar Land, Texas 77478
Telephone: (281) 491-6182
Facsimile: (281) 491-0049
**E-MAIL: caryfaden@aol.com**
Attorney For Appellant

## CERTIFICATE OF SERVICE

In accordance with TEX. R. APP. P. 9.5, I Cary M. Faden, certify that a true and correct copy of the foregoing Motion has been served, by hand delivery, and/or by U.S. Mail, and/or by facsimile transmittal, to Terence Tramaine Andrus; to the attorney for the State Of Texas, John F. Healey, Jr., District Attorney, Appellate Division, 301 Jackson Street, Room 101, Richmond, Texas 77469 on this 31st day of December, 2014.

/s/ CARY M. FADEN
Cary M. Faden